1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW G. WATTERS, | Case No.: 4:23-cv-03183-HSG |
| Plaintiff | [Assigned to Hon. Haywood S. Gilliam Jr.] |
| vs. | **ORDER GRANTING REQUEST TO APPEAR REMOTELY AT THE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE** |
| SIDDHARTH BREJA, an individual; and DOES 1-20, | |
| Defendants. | |
| AMERICAN EXPRESS COMPANY, a New York corporation; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, an Ohio corporation, | Action Filed:  June 27, 2023 |
| Nominal Defendants. | |

- 1 -

Having considered the request of defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, for leave to appear telephonically at the hearing on defendants Siddharth Breja and JPMorgan Chase Bank, N.A.'s motions to dismiss (the "Hearing") and Case Management Conference, and good cause appearing therefore, it is hereby ORDERED that American Express is excused from personally appearing at the upcoming Case Management Conference set for November 30, 2023 at 2:00 p.m. and Hearing, which will also be heard on November 30, 2023, and may appear telephonically.

Dated: 11/3/2023

Honorable Haywood S. Gilliam, Jr.
United States District Magistrate Judge