UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW G. WATTERS,<br><br>            Plaintiff,<br><br>   v.<br><br>SIDDHARTH BREJA, et al.,<br><br>           Defendants. | Case No. 23-cv-03183-HSG<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff is ordered TO SHOW CAUSE why the case should not be dismissed for failure to prosecute, given Plaintiff's failure to amend the complaint by the February 8, 2024 deadline. *See* Dkt. No. 48 at 6 (setting the filing deadline for the amended complaint 21 days after the January 18, 2024 order). Plaintiff shall file a statement of two pages or less by February 22, 2024.

    **IT IS SO ORDERED.**

Dated: 2/15/2024

                                                          HAYWOOD S. GILLIAM, JR.
                                                          United States District Judge